1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HORACE G. FRIEND,<br><br>  Plaintiff,<br>v.<br><br>U.S. ATTORNEY GENERAL,<br><br>  Defendant. | CASE NO. C21-5566JLR<br><br>ORDER ON REFERRAL FROM NINTH CIRCUIT |

Before the court is a referral notice filed by the Ninth Circuit Court of Appeals. (Not. (Dkt. # 17).) Plaintiff Horace G. Friend appealed this court's order dismissing his amended complaint for failure to state a claim. (*See* 9/21/21 Order (Dkt. # 9); Judgment (Dkt. # 14); Not. of Appeal (Dkt. # 15).) The Ninth Circuit has referred the matter back to this court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." (Not. (citing 28 U.S.C. § 1915(a)(3)).)

ORDER - 1

Although the court determined that Mr. Friend's amended complaint failed to state a claim, it does not find that his appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3). Accordingly, the court determines that Mr. Friend's in forma pauperis status should continue on appeal.

Dated this 19th day of October, 2021.

*(signature)*

JAMES L. ROBART
United States District Judge