1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HORACE G. FRIEND, | CASE NO. C21-5566JLR |
| Plaintiff, | ORDER |
| v. | |
| U.S. ATTORNEY GENERAL, | |
| Defendant. | |

Before the court is Teresita Friend's proposed motion for leave to proceed in forma pauperis ("IFP"). (Mot. (Dkt. # 19).) Ms. Friend, however, is not a party to this case. (*See generally* Dkt. (listing Horace G. Friend as the plaintiff in this case); Am. Compl. (Dkt. # 8) (same).) Additionally, this court entered a final judgment dismissing Plaintiff Horace G. Friend's complaint on October 6, 2021, and the Clerk subsequently closed this case. (*See* Judgment (Dkt. # 14); Dkt.)

Accordingly, the court DENIES Ms. Friend's proposed motion to proceed IFP (Dkt. # 19). To the extent that Ms. Friend wishes to commence her own case, the court

ORDER - 1

1 | directs her to follow the steps outlined in the pro se litigant guide on this court's website:

2 | https://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFede

3 | ralCourt.pdf.  The court DIRECTS the Clerk to send a copy of this order to Ms. Friend.

4 |     Dated this 12th day of August, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2